

"Filing by FAX"

My full name, address, phone number, drivers license number, Social security number, date of birth, age, weight, height, hair color and eye color.

A friend was able to retrieve 48 pages with info. What else would anyone need to steal my identity.

This was on private information I sent to the 4th court.

Google my name and documents from 4th court and trial court can be viewed. I now have people reaching me that I have no idea who they are. And recieving calls from people and companies.

This was private information that should have never been put on the 4th court site. It is a violation against me and my rights.

Respectfully
Kristi Rene Huy

Copies were made because the copies contained all of my friends information due to me faxing to the 4th court from here fax machine.

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re: Court of Appeals Number: 04-13-00569-CR
Trial Court Case Number: B11614

Style: Kristi Rene Dix
v.
The State of Texas

Dear Judges
I am the defendant in the above
identified case.
On the Fourth Court and Texas rules
of Appellate procedures:
Criminal cases 562
local rules        1.2.
9.10. Privacy protection for documents
filed in criminal court cases
(A) Sensitive data - supposed to be
x-ed out.
The trial court and 4th court
have violated my rights.
Everything about me has been
published online for everyone to see.



# COURT OF APPEALS

SANDEE BRYAN
MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
PLACE 6 (VACANT)
  JUSTICES

**FOURTH COURT OF APPEALS DISTRICT**
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO
(210) 335-2762

January 9, 2015

Kristi Rene Nix
P. O. Box 293123
Kerrville, TX 78029

M. Patrick Maguire
M. Patrick Maguire, P.C.
945 Barnett St.
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

Scott Monroe
District Attorney - 198th Judicial
District
402 Clearwater Paseo
Suite 500
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-13-00569-CR
      Trial Court Case Number:   B11614
      Style:  Kristi Rene Nix
              v.
              The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262